UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                                        Chapter 13

        Anthony Raglan and Millicent Raglan

                                                                     Case No. 11-22935 (rdd)


                                     Debtor(s).
-----------------------------------------------------------x

## **LOSS-MITIGATION REQUEST – BY THE DEBTOR**

I am a Debtor in this case. I hereby request loss mitigation with respect to *[Identify the property, loan and creditor(s) for which you are requesting loss mitigation]*:

52 Ashland Street, New Rochelle, NY 10801


Loan Number:0188972962


First Mortgage held by Wells Fargo Bank Home Mortgage


**SIGNATURE**

I understand that if the Court orders loss mitigation in this case, I will be expected to comply with the Loss Mitigation Procedures. I agree to comply with the Loss Mitigation Procedures, and I will participate in loss mitigation in good faith. I understand that loss mitigation is voluntary for all parties, and that I am not required to enter into any agreement or settlement with any other party as part of this loss mitigation. I also understand that no other party is required to enter into any agreement or settlement with me. I understand that **I am not required to request dismissal of this case** as part of any resolution or settlement that is offered or agreed to during the loss mitigation period.


       Sign: s/ Anthony Raglan, Debtor               s/Millicent Raglan , Joint  Debtor

              Date: May12, 2011


Print Name:


Anthony Raglan


Millicent Raglan


Telephone Number:

E-mail address (if any): \_\_\_\_\_