UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

In Re:  Chapter 13

**Anthony Raglan and
Millicent Raglan,** Judge: Robert D. Drain

      **Debtors** Case No. **11-22935**

# Certificate of Service

State of New York    )
                            )ss:
County of Westchester)

I hearby certify that on June 8, 2011, true and correct copies of the Loss Mitigation Order were served by first class mail with postage prepaid to:

Wells Fargo
Home Mortgage Servicing
P.O. box 10335
Des Moines. IA 50306


June 8, 2011                                     s/Robert M. Savino
Date                                               Bronson Law Offices, PC
                                                      600 Mamaroneck Avenue
                                                      Suite 400
                                                     Harrison, NY 10528
                                                      Telephone: 877-385-7793
                                                     Fax: 888-865-8889