UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

In Re:  Chapter 13

**Anthony Raglan and** Judge: Robert D. Drain
**Millicent Raglan**

**Debtors** Case No. **11-22935**

# Certificate of Service

State of New York )
)ss:
County of Westchester)

I hearby certify that on July 27, 2011, true and correct copies of the Motion to Avoid Mortgage Liens held by Chase and First Tennessee Bank were served by first class mail with postage prepaid to:

| | | |
|---|---|---|
| First Tennessee Bank | Chase | United States Trustee |
| P.O. Box 4170 | P.O. Box 901039 | 33 Whitehall Street |
| Batesville, TN 37320 | Knoxville, TN 37995 | 21st Floor |
| | | New York, NY 10004 |
| | | |
| Chase | Jeffery L. Sapir, Chapter 13 Trustee | |
| P.O. Box 15298 | 399 Knollwood Road, Suite 102 | |
| Wilmington, DE 19850 | White Plains, NY 10603 | |

7/27/11  s/Chanel P. Orgill
Date  Bronson Law Offices, PC
 600 Mamaroneck Avenue
 Suite 400
 Harrison, NY 10528
 Telephone: 877-385-7793
 Fax: 888-865-8889