

**Martin A. Mooney, Partner**
*Admitted in NY and MA*
8 Thurlow Terrace, Albany, New York 12203
P: (518) 436-0344 | F: (518) 436-8273
mmooney@deilylawfirm.com

August 16, 2011

Hon. Robert D. Drain
U.S. Bankruptcy Court
300 Quarropas Street
White Plains, New York 10601-5085

    Re:   Anthony Raglan and Millicent Raglan
            Case No. 11-22935-RDD
            Our File No. B-ALLY.11.03154

Dear Judge Drain:

      On behalf of our client Ally Financial Inc. fka GMAC, Inc. an Objection to Confirmation was filed and is returnable August 17, 2011.

      This letter is to inform you that this matter has been settled by Stipulation. Our office will forward the proposed Stipulation to the Court under separate cover upon its completion.

      I thank the Court for its kind attention in this matter. Should the Court have any questions or require anything further, please do not hesitate to contact our office.

                              Respectfully yours,

                        DEILY, MOONEY & GLASTETTER, LLP
                            /s/ Martin A. Mooney

                                Martin A. Mooney

MAM/aar

cc:   H. Bruce Bronson, Jr., Esq.
       Jeffrey L. Sapir, Esq. (Trustee)

